PAE 2241

# IN THE UNITED STATES DISTRICT COUT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### § 2241 HABEAS CORPUS PETITION FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241

Inmate/Alien # 819710

Kelvin Daniels
7901 State Road
Phila Pa 19136

(Enter full name of Petitioner, prison number or alien [A]
number, if applicable, AND address of place of confinement.)

VS.

CASE NO: _____
(To be assigned by Clerk)

Court of Common PLEAS
PHILADELPHIA COUNTY
FAMILY DIVISION, IN
THE SUPERIOR COURT OF
PENNSYLVANIA EASTERN
DISTRICT

(Enter name and title of each Respondent. If additional space
is required, use the blank area below and directly to the right.)

**ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM**

Bureau of
Hearings & Appeals
2330 Vartan Way 2Flr
Harrisburg, PA 17110

OFFICE OF DHS CI
PLIWARY
Counsel
1601 Market St
Suite 3320
Phila Pa 19103

Criminal Justice
1301 Filbert St
Phila Pa 19107

(Rev. 05/2018)

**ANSWER ALL OF THE FOLLOWING:**

1. This petition concerns (check where applicable):

    (a) ☐ a conviction
    (b) ☐ a sentence
    (c) ☑ pre-trial detention
    (d) ☐ prison disciplinary action or other action resulting in lost gain time credits
    (e) ☐ parole
    (f) ☐ immigration / removal
    (g) ☐ Bureau of Prisons sentence calculation or loss of good-time credits.
    (h) ☐ other (explain): _____

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

    (a) Name(s) and location(s) of court: _____
    (b) Number(s): _____ N/A
    (c) Charge(s) for which you were convicted: _____

    (d) What was your plea? (Check one)

    (1) Not Guilty      ☐
    (2) Guilty          ☐
    (3) Nolo contendere ☐

    (e) Did you appeal from the judgment of conviction?    Yes ☐    No ☑

3. If you did appeal, answer the following:

    (a) Name of Court: _____  Case # _____
    (b) Result: _____
    (c) Date of opinion and mandate (citation, if known): N/A

4. Claims that challenge your conviction or imposition of sentence can only be raised by petition under 28 U.S.C. § 2254 (to challenge a state conviction or sentence) or a motion under § 2255 (to challenge a federal conviction or sentence) unless the § 2254 or § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

    (a) Have you filed a motion under 28 U.S.C. § 2254 or § 2255?

    Yes ☐       No ☑

If yes, please provide the case #, where filed, relevant date(s), and the results:

N/A

(b) Explain why the remedy under § 2254 or § 2255 was or is inadequate or ineffective:

N/A

5. Are you currently represented by counsel in this case or in any other court case?

   Yes ☐   No ☑

   If yes, please explain: _____

6. If this case concerns removal proceedings:

   (a) Date of final order of removal: ____N/A____

   (b) Did you file an appeal with Board of Immigration Appeals?   Yes ☐   No ☑

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

   (a) Ground One: Attorney Katherine Holland, Esquire lied to homeland security on 6/30/19 that I was armed & Dangerous, as well as being a fugitive of Justice from Pennsylvania since 10/7/19 leading to a ~~false~~ illegal arrest & search 8/19/21 in state of New Jersey

   Supporting FACTS (state briefly without citing cases or law): Docket # cP-51-CR-0008424-2021. There was never no CPS/GPS report with my son making a complaint 10/7/19. Idris Daniels, ~~invalid~~ Warrant 8/19/21 in New Jersey state CrS reports, petitions, Arrest warrant, criminal Docket Sheet, child Alliance report, First Judicial Report, No Probable Cause for arrest. (Slander) no facts. child did not live 660 N 56th st

Exhaustion:

[1] Have you presented Ground One to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☑    No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: July 5, 2022 office of Disciplinary 8/30/22 counsel, Supreme court of Pennsylvania, said to make a report to the authorities for this crime. nominal bail & Suppression motion 2/22/23. prison grievance Harrisburg Appeals, criminal courts, lawyers

[2] (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground One to the Board of Immigration Appeals?

Yes ☐    No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____
_____
_____
_____

(b) Ground Two: No probable cause for arrest, forged false statements & documents. (Jane E, Costello Detective.) of having a gun & being 6/25/21 a fugitive of justice from Pennsylvania, which led to false illegal arrest 8/19/21 in New Jersey

Supporting FACTS (state *briefly* without citing cases or law): Docket cP-51- CR-0008422-2021 Shakyva Strong .. complaint warrant. Aggravated assault 6/25/21. This child did not never live at house 660 n 56th St Phila Pa 19131 cvs reports, emails, texts, warrant for Arrest, cps/6ps report child Alliance Report (Allslander) no facts

Exhaustion:

[1] Have you presented Ground Two to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☑   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: Prison grievance, was told to take it to courts about illegal arrest! nominal, bail & Suppression motions submitted. - Trial readiness 2/22/23, Harrisburg Appeals, Supreme court Disciplinary Board, Criminal Justice center

[2] (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground Two to the Board of Immigration Appeals?

Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(c) Ground Three: Marshalls kicked in studio door in New Jersey State for a warrant from Pennsylvania which did not have any facts, only slander which is no probable cause, That led to illegal arrest & daughter Dhs! wife false arrested!

Supporting FACTS (state briefly without citing cases or law): 8/19/21 warrant New Jersey, was removed from there system & not valid no longer exists. arrest warrants, criminal Docket sheet, First Judicial Docket Report, criminal Docket sheet No probable cause (All slander) no facts!

Exhaustion:

[1] Have you presented Ground Three to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☐    No ☑

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: _____

_____

_____

_____

[2] (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground Three to the Board of Immigration Appeals?

Yes ☐    No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

_____

_____

_____

(d) Ground Four: Kelvin Daniels has been unlawfully detained, excessive bail, because of fugitive slander. discrimination of Religion, 1st, 5th due process violated, 8th cruel & unsual Punishment 4th right to besecure violated, 6th speedy trial violated

Supporting FACTS (state *briefly* without citing cases or law): Criminal Docket sheet. charges was not filed until coming back to Pennsylvania 8/27/21 criminal Docket sheet, First Judicial Report, Arrest warrant, Harrisburg, Supreme Court of Pennsylvania

Exhaustion:

[1] Have you presented Ground Four to a state or federal court or, to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☑   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: __Through motions in criminal court of Releasing me   no hearing scheduled__

[2] (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present Ground Four to the Board of Immigration Appeals?

Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

8. WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief: __To be released immediatly.__

## DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

_____   _____Kelu D._____
Date                           Signature of Petitioner

**IF MAILED BY PRISONER:**

I declare or state under penalty of perjury that this petition was *(check one)*

☐ delivered to prison officials for mailing, or      ☐ deposited in the prison's internal mail system on: _____
                                                                                                    Date

_____
Signature of Petitioner

PAE 2241 Inst.

## Instructions for Filing a Petition Under 28 U.S.C. § 2241
## for Writ of Habeas Corpus by a Person in Custody
## in the United States District Court for the Eastern District of Pennsylvania

1. **Who May Use This Form.** If you are detained in the Eastern District of Pennsylvania, you may use this form to challenge your detention by federal immigration authorities, to challenge the execution of your federal sentence by the United States Bureau of Prisons, or to challenge your pre-trial detention by federal or state authorities. You are asking for release or earlier release on the ground that your detention or future detention violates the United States Constitution or other federal law.

    You should not use this form to challenge a state or federal judgment of conviction or sentence. If you are challenging a conviction or sentence entered against you by a state court, you should file a petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody. If you are challenging a judgment of conviction or sentence entered by a federal court, you should file a motion under 28 U.S.C. § 2255 to vacate sentence in the federal court that entered the judgment.

    Any claim that may be brought or has already been brought in a petition under 28 U.S.C. § 2254 may not be brought using this form unless it appears that the § 2254 petition is inadequate or ineffective to test the legality of your detention. Any claim that may be brought or has already been brought in a motion under 28 U.S.C. § 2255 may not be brought using this form unless it appears that the § 2255 motion is inadequate or ineffective to test the legality of your detention. **This form should not be used in death penalty cases.** If you were sentenced to death, you are entitled to the assistance of counsel and you should request the appointment of counsel.

2. **Your Signature.** You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

3. **The Filing Fee.** The filing fee for this action is $5.00. If you are unable to pay the filing fee, you may request permission to proceed *in forma pauperis* as a poor person by completing and signing the Application to Proceed Without Prepaying Fees or Costs provided with the petition form. **You must have an official at the prison complete the certificate at the bottom of the application form.**

4. **Original.** You must send an **original copy.**

5. **Change of Address.** You must immediately notify the Court and respondents in writing of any change in your mailing address. Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.

*(Rev. 05/2018)*

# COMPLAINT-WARRANT

**COMPLAINT NUMBER:** 0320 W 2021 000279

MAPLE SHADE TWP MUN COURT
200 STILES AVE
MAPLE SHADE    NJ  08052-2541
856-779-9610
COUNTY OF: BURLINGTON

# of CHARGES: 1
CO-DEFTS:
POLICE CASE #: 202115748

COMPLAINANT NAME: DET. D ALVAREZ

## THE STATE OF NEW JERSEY
## VS.
## KELVIN DANIELS

ADDRESS: 660 N 56TH ST
PHILADELPHIA    PA  19131-0000

DEFENDANT INFORMATION
SEX:
EYE COLOR: BROWN    DOB: 06/27/1980
DRIVER LIC. #: 25673387    DL STATE: PA
SOCIAL SECURITY #: xxx-xx-x973    SBI #: 497222H
TELEPHONE #: 267-593-8804  (C)
LIV SCAN PCN #: 032000004411

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 08/19/2021 in MAPLE SHADE TWP, BURLINGTON County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, KELVIN DANIELS FLEE FROM THE STATE OF PENNSYLVANIA AND IS A FUGITIVE FROM THE JUSTICE OF THE PENNSYLVANIA, THERE BEING CHARGED WITH AGGRAVATED ASSAULT AND ENDANGERING THE WELFARE OF CHILDREN.

**in violation of:**

| Original Charge | 1) 2A:160-10 | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: DET. D ALVAREZ    Date: 08/19/2021

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of BURLINGTON at the following address: BURLINGTON COUNTY CRIMINAL COURTS, 49 RANCOCAS ROAD, MT HOLLY

Date of Arrest: 08/19/2021    Appearance Date:    Time:    Phone: 609-288-9500

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date
Signature of Judge    Date

☑ Probable cause **IS** found for the issuance of this complaint. LISA GONTESKI JUDICIAL OFFICER  08/19/2021
Signature and Title of Judicial Officer Issuing Warrant    Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: ____ by: ____
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT - WARRANT (DEFENDANT'S COPY)

Page 3 of 7

1) Discrimination of Religion, violation of first Amendment! ~~Gritize~~ Crictize the way married & raise family according to religion Islam, because it was not their religion christianity.

2) Violation of fourth Amendment, by Dhs Attorney and workers, foster parents, courts, detectives made false report to homeland Security of being a fugitive from Pennsylvania, being armed & Dangerous, along with complaint from children which never happen, which was no probable cause, because all slander, and led to ~~fat~~ illegal arrest & search of home, car, person etc. courts had illegal hearing with no notice to parents ahead of time, which courts cannot have a hearing unless notified parents never happened.

3) fifth Amendment violated, because our due process was violated, because never fugitive and never any complaints, Invalid warrant forged documents, tampering with paper work, evidence.